The judgment of the trial court is affirmed in accordance with Rule 30.25(b).

■

**STATE of Missouri, Respondent,**

v.

**Mark EBRIGHT, Appellant.**

**No. 69641.**

Missouri Court of Appeals,
Eastern District,
Division Five.

Feb. 18, 1997.

Motion for Rehearing and/or Transfer to Supreme Court Denied April 23, 1997.

Application to Transfer Denied May 27, 1997.

John W. Rogers, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., David R. Truman, Asst. Atty. Gen., Jefferson City, for respondent.

Before AHRENS, C.J., and CRANDALL and RHODES RUSSELL, JJ.

*ORDER*

PER CURIAM.

Defendant, Mark Ebright, appeals from the judgment entered on his conviction by a jury for murder in the first degree, § 565.020.1, RSMo 1994. Defendant was sentenced to life imprisonment without eligibility for probation or parole.

No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.